STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. NORMAN J. RYLEY, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mrs. Miriam N. Span* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. Rudolph J. Rossetti* for the respondent.

July 8, 1968. Denied.

LOUIS KAPLAN, PLAINTIFF-RESPONDENT, v. WILLIAM GREEN, *ET AL.*, DEFENDANTS-PETITIONERS AND IRVING A. FELDMAN, DEFENDANT.

*Messrs. Lieb, & Teich* for the petitioners.

*Messrs. Magner, Abraham, Orlando & Kahn* and *Mr. John Pisansky* for the respondent.

July 8, 1968. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM JOSEPH COOPER AND ROBERT PAUL MUR-FITT, DEFENDANTS-PETITIONERS.

*Mr. Peter Murray* and *Mr. Gerald T. Foley, Jr.* for the petitioners.

*Mr. Guy W. Calissi* and *Mr. Harold N. Springstead* for the respondent.

July 8, 1968. Granted.